UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARGARITA FIGUEROA,

          Plaintiff (pro se),

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV- 4717 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 5 2005
P.M.
TIME A.M.

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on October 4, 2005, finding that plaintiff has abandoned the action in this Court; and ordering that defendant's motion to remand for further proceedings is granted; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff has abandoned the action in this Court; and that defendant's motion to remand for further proceedings is granted.

Dated: Brooklyn, New York
      October 05, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court